IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:26-cv-3233 |
| | § | |
| | § | |
| ANGEL REYES & ASSOCIATES, P.C d/b/a REYES BROWN LAW | § | |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

Please take notice that the Law Office of Sharon K Campbell, by Sharon Campbell, hereby enters appearance in these proceedings as counsel of record for Plaintiff Kimberly Starling, and requests that all papers, pleadings, notices, orders and other related documents be served upon the undersigned along with other counsel of record.

Respectfully submitted,

*/s/ Sharon K Campbell*

Sharon K. Campbell
State Bar # 03717600
6220 Campbell Road, Suite 300
Dallas, Texas 75248
Telephone: 214/351-3260
Sharon@SharonKCampbell.com

CERTIFICATE OF SERVICE

In keeping with Rule 21a of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties of record

___ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

___ TELEPHONIC DOCUMENT TRANSFER (FAX)

___ FEDERAL EXPRESS

___ COURIER/RECEIPTED DELIVERY

___ REGISTERED MAIL/RETURN RECEIPT REQUESTED

___ HAND-DELIVERY (IN PERSON)

___ REGULAR MAIL

_X_ ELECTRONIC MAIL

DATED: October 1, 2026

*/s/ Sharon K. Campbell*